## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON F. RUFF, | : | Case No. 3:17-cv-00413 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

_____

### ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 16), ADOPTING REPORT AND RECOMMENDATION (DOC. 15), AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING, AND TERMINATING THIS CASE

_____

This Social Security disability benefits appeal is before the Court on the Objections (Doc. 16) filed by Plaintiff Jason F. Ruff ("Plaintiff") to Magistrate Judge Michael J. Newman's Report and Recommendation ("Report") (Doc. 15).   Magistrate Judge Newman recommended that the Commissioner's non-disability finding be affirmed.   Plaintiff filed Objections to the Report. (Doc. 16.)   The Commissioner has not responded to Plaintiff's Objections, but the Court deems no response necessary based upon its review of the record.   This matter is therefore ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.   Upon said review, the Court finds that Plaintiff's Objections (Doc. 16) to the Report are not well-taken and are **OVERRULED**.   The Court **ADOPTS** the Report (Doc. 15) and rules as follows:

1.  The Commissioner's non-disability finding is supported by substantial evidence in the record and is **AFFIRMED**; and

2.   This case is **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, May 7, 2019.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE